### 1144. MURRAY *v.* THE STATE.

POWELL, J. In a prosecution for receiving stolen goods, proof of guilty knowledge on the part of the defendant in receiving the goods is an essential to a lawful conviction. There is a fatal lack of proof of the scienter in the present case. See *Sanford* v. *State*, ante, 449.

*Judgment reversed.*

Accusation of receiving stolen goods, from city court of Macon—Judge Hodges. March 14, 1908.

Submitted June 9,—Decided June 18, 1908.

*Nottingham & McClellan,* for plaintiff in error.

*William Brunson, solicitor-general,* contra.